**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00928-CV

## FINANCIAL CASUALTY COMPANY, ET AL., Appellants

## V.

## MARK HUNT, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-33267-Y

## ORDER

This is the third order this Court has had to issue regarding the reporter's record. In orders dated October 3, 2014 and October 27, 2014, we ordered Sharon Hazelwood, Official Court Reporter for Criminal District Court No. 7 of Dallas County, Texas, to file either: (1) the reporter's record; (2) written verification that appellants have not requested the reporter's record; or (3) written verification that appellants have not paid or made arrangements to pay for the record. Our order of October 27, 2014 warned Sharon Hazelwood that, if she failed to comply with the order, the Court may order that she not sit as a court reporter until she complies. Nevertheless, Sharon Hazelwood has neither filed the reporter's record nor communicated with the Court regarding the record.

We order Sharon Hazelwood to file, by **4:00 P.M. ON NOVEMBER 26, 2014**, either: (1) the reporter's record from the hearing held on September 20, 2013; (2) written verification that appellants have not requested the reporter's record; or (3) written verification that appellants have not paid or made arrangements to pay for the record. **We further ORDER that Sharon Hazelwood not sit as a court reporter until she has complied with this order.**

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Michael Snipes, Presiding Judge of Criminal District Court No. 7 of Dallas County, Texas, Sharon Hazelwood, the Dallas County Auditor, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE